■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS BARRETTO, Also Known as BENIGNO TROCHE, Also Known as BENIGNO BARRETTO, Appellant. [744 NYS2d 875] —Appeal by the defendant from a judgment of the County Court, Westchester County (Lange, J.), rendered April 19, 1999, convicting him of criminal possession of a weapon in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606). Ritter, J.P., Florio, Goldstein and Cozier, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MOHAMMED BHUIYAN, Appellant. [744 NYS2d 875] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Kron, J.), rendered September 7, 2000, convicting him of robbery in the first degree, burglary in the first degree, robbery in the second degree, assault in the second degree, and unlawful imprisonment in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Since the defendant failed to demonstrate good cause for the untimely notice of additional alibi witnesses, the trial court providently exercised its discretion in precluding their testimony (*see* CPL 250.20 [1]; *People v Bonner,* 287 AD2d 728, *lv denied* 97 NY2d 751; *People v Wade,* 277 AD2d 475). Ritter, J.P., Altman, Smith and Goldstein, JJ., concur.